**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000737**
**23-APR-2026**
**01:22 PM**
**Dkt. 128 OCOR**

NO. CAAP-23-0000737

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DONALD B. MARKS, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPN-21-0000002)

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the Intermediate Court of Appeals of the State of Hawaiʻi entered on April 23, 2026, is hereby corrected as follows:

1.  On page 19, in the left column credits section, the following counsel shall be added at the end:

> Steven S. Alm,
> Prosecuting Attorney,
> Robert T. Nakatsuji,
> Deputy Prosecuting Attorney,
> City and County of Honolulu,
> for Respondent-Appellee.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, April 23, 2026.

For the court:

/s/ Keith K. Hiraoka
Associate Judge

---

[1]  Nakasone, Chief Judge, Leonard and Hiraoka, JJ.